UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: §
§
§
RIDGELINE FRAMING CORPORATION § Case No. 16-40241 CN
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LOIS I. BRADY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 247,456.49           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00    Claims Discharged
                                          Without Payment: NA

Total Expenses of Administration: 11,274.52

---

3) Total gross receipts of $ 11,274.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,274.52 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 422,574.78 | $ 422,574.78 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,918.60 | 13,918.60 | 11,274.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,933.65 | 24,925.32 | 19,999.32 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 322,031.30 | 764,361.41 | 764,361.41 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 330,964.95 | $ 1,225,780.11 | $ 1,220,854.11 | $ 11,274.52 |

4) This case was originally filed under chapter 7 on 01/29/2016. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2019         By:/s/LOIS I. BRADY
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | -1,000.00 |
| MACHINERY | 1129-000 | 1,000.00 |
| HD WhiteCap Construction Supply refund-est. | 1129-000 | 1,005.27 |
| Insurance Refund - Edgewood Partners Ins. | 1229-000 | 269.25 |
| PREFERENCE CLAIM - D&D LIFT, INC. | 1241-000 | 10,000.00 |
| TOTAL GROSS RECEIPTS | | $11,274.52 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010A | INTERNAL REVENUE SERVICE | 4300-000 | NA | 422,299.83 | 422,299.83 | 0.00 |
| 000014 | ALAMEDA COUNTY TAX COLLECTOR | 4800-000 | NA | 274.95 | 274.95 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 422,574.78 | $ 422,574.78 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LOIS I. BRADY, ESQ. | 2100-000 | NA | 1,508.31 | 1,508.31 | 1,508.31 |
| TRUSTEE EXPENSES:LOIS I. BRADY, ESQ. | 2200-000 | NA | 103.09 | 103.09 | 103.09 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 0.34 | 0.34 | 0.34 |
| ASSOCIATED BANK | 2600-000 | NA | 369.74 | 369.74 | 369.74 |
| BANK FEES | 2600-000 | NA | 369.74 | 369.74 | 0.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,629.28 | 1,629.28 | 1,308.94 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MARSHALL & RAMOS LLP | 3210-000 | NA | 5,220.00 | 5,220.00 | 4,193.66 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):MARSHALL & RAMOS LLP | 3220-000 | NA | 674.72 | 674.72 | 542.06 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BACHECKI CROM & CO LLP | 3410-000 | NA | 3,948.50 | 3,948.50 | 3,172.16 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):BACHECKI CROM & CO LLP | 3420-000 | NA | 94.88 | 94.88 | 76.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,918.60 | $ 13,918.60 | $ 11,274.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024A | ALEJANDRO MARTINEZ | 5300-000 | 1,056.00 | 2,024.00 | 2,024.00 | 0.00 |
| 000011A | CIPRIANO ALAVERES BARRIENTOS | 5300-000 | NA | 1,600.00 | 1,600.00 | 0.00 |
| 000023 | MATEO DOMINGUEZ | 5300-000 | NA | 6,795.94 | 6,795.94 | 0.00 |
| 000021A | NELSON MUCATILLO ARRUE | 5300-000 | 5,979.65 | 2,850.00 | 2,850.00 | 0.00 |
| 000003A | RAYMOND ROBERT ALNAS | 5300-000 | 1,598.00 | 7,340.00 | 2,414.00 | 0.00 |
| 000006A | REINNY RENDALL ALNAS | 5300-000 | 300.00 | 300.00 | 300.00 | 0.00 |
| 000013 | ALAMEDA COUNTY TAX COLLECTOR | 5800-000 | NA | 245.00 | 245.00 | 0.00 |
| 000002A | FRANCHISE TAX BOARD | 5800-000 | NA | 2,465.30 | 2,465.30 | 0.00 |
| 000007A | STATE BOARD OF EQUALIZATION | 5800-000 | NA | 1,305.08 | 1,305.08 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 8,933.65 | $ 24,925.32 | $ 19,999.32 | $ 0.00 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024B | ALEJANDRO MARTINEZ | 7100-000 | NA | 4,741.00 | 4,741.00 | 0.00 |
| 000017 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | 50,000.00 | 43,826.46 | 43,826.46 | 0.00 |
| 000016 | AUDREY M HORNING CPA | 7100-000 | 8,312.45 | 10,430.70 | 10,430.70 | 0.00 |
| 000008 | BACA PROPERTIES | 7100-000 | 9,000.00 | 4,402.70 | 4,402.70 | 0.00 |
| 000012 | CANDIDO BASURTO | 7100-000 | NA | 10,500.00 | 10,500.00 | 0.00 |
| 000011B | CIPRIANO ALAVERES BARRIENTOS | 7100-000 | NA | 9,000.00 | 9,000.00 | 0.00 |
| 000001 | CYPRESS INSURANCE COMPANY | 7100-000 | 143,916.92 | 122,649.26 | 122,649.26 | 0.00 |
| 000004 | ESPERANZA CHECK CASHING | 7100-000 | 851.00 | 851.00 | 851.00 | 0.00 |
| 000020 | GELACIO PEREZ | 7100-000 | 4,640.00 | 800.00 | 800.00 | 0.00 |
| 000009 | HERTZ EQUIPMENT RENTAL CORP | 7100-000 | 66,841.00 | 67,466.56 | 67,466.56 | 0.00 |
| 000015 | LEWIS, BRIGBOIS, BISGAARD & SMITH | 7100-000 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| 000018 | MATEO DOMINGUEZ | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021B | NELSON MUCATILLO ARRUE | 7100-000 | NA | 3,003.00 | 3,003.00 | 0.00 |
| 000003B | RAYMOND ROBERT ALNAS | 7100-000 | 4,926.00 | 4,926.00 | 4,926.00 | 0.00 |
| 000006B | REINNY RENDALL ALNAS | 7100-000 | 3,270.00 | 3,270.00 | 3,270.00 | 0.00 |
| 000019 | SERGIO CAMARGO | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000022 | TOLL BROS INC | 7100-000 | NA | 402,403.94 | 402,403.94 | 0.00 |
| 000005 | WCL HOLDINGS I LLC | 7100-000 | 15,273.93 | 15,273.93 | 15,273.93 | 0.00 |
| 000002B | FRANCHISE TAX BOARD | 7300-000 | NA | 205.33 | 205.33 | 0.00 |
| 000010B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 45,389.57 | 45,389.57 | 0.00 |
| 000007B | STATE BOARD OF EQUALIZATION | 7300-000 | NA | 221.96 | 221.96 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 322,031.30 | $ 764,361.41 | $ 764,361.41 | $ 0.00 |

| Case No: | 16-40241 CN  Judge: CHARLES NOVACK | Trustee Name: | LOIS I. BRADY |
| --- | --- | --- | --- |
| Case Name: | RIDGELINE FRAMING CORPORATION | Date Filed (f) or Converted (c): | 01/29/16 (f) |
| | | 341(a) Meeting Date: | 03/08/16 |
| For Period Ending: | 09/12/19 | Claims Bar Date: | 06/06/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Union Bank Checking #5124 | 401.68 | 0.00 | | 0.00 | FA |
| 2. ACCOUNT RECEIVABLES | Unknown | 0.00 | | 0.00 | FA |
| 3. OFFICE FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4. MACHINERY | 2,500.00 | 0.00 | | 0.00 | FA |
| Misc. field equipment: Fall protection (stacker brackets), 5 fall protection harnesses wiht tethers, 10" trailer mounted cutoff saw, misc power tools (3 nail guns, 2 drills), temp power boxes(10), and cords (5) $1,000 offer returned. not sold. | | | | | |
| 5. 2009 Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| Net operating loss 2009 | | | | | |
| 6. Mechanics Lien Work performed at Takko-Macchi Ln | 13,819.57 | 0.00 | OA | 0.00 | FA |
| Gilroy for K. Hovnanian Homes/Phoenix Group, 5700 Tennyson Parkway Ste 140, Plano TX 75024<br>Evaluated by Atty, Van de Poel - no value<br>[05/16/18: Notice to abandon; Doc#30]<br>[06/01/18: Order approving; Doc#32] | | | | | |
| 7. Mechanic's Lien, work performed at Takko-Machi Ln | 67,020.24 | 0.00 | OA | 0.00 | FA |
| Gilroy, CA for K. Hovnanian Homes/Phoenix Group, 5700 Tennyson Parkway Ste 140, Plano TX 75024<br>Evaluated by Atty, Van de Poel - no value<br>[05/16/18: Notice to abandon; Doc#30]<br>[06/01/18: Order approving; Doc#32] | | | | | |
| 8. Mechanic's Lien, work performed at Traverse | 163,215.00 | 0.00 | OA | 0.00 | FA |
| Buildings, 16 & 17, Tract No. 10224, APN 086-36-006 Milpital, CA for K. Hovanian Homes/Phoenix Group, 5700 Tennyson Parkway Ste 140, Plano TX 75024 ; Evaluated by Atty, Van de Poel - no value<br>[05/16/18: Notice to abandon; Doc#30] | | | | | |

| Case No: | 16-40241 CN Judge: CHARLES NOVACK | Trustee Name: | LOIS I. BRADY |
| --- | --- | --- | --- |
| Case Name: | RIDGELINE FRAMING CORPORATION | Date Filed (f) or Converted (c): | 01/29/16 (f) |
| | | 341(a) Meeting Date: | 03/08/16 |
| | | Claims Bar Date: | 06/06/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| [06/01/18: Order approving; Doc#32] | | | | | |
| 9. HD WhiteCap Construction Supply refund-est. | 1,000.00 | 1,000.00 | | 1,005.27 | FA |
| 10. PREFERENCE CLAIM - RICK EBERHARDT (u) | 0.00 | 0.00 | | 0.00 | FA |
| demand sent 11/13/2017; Uncollectable 12/19/17 | | | | | |
| 11. PREFERENCE CLAIM - D&D LIFT, INC. (u) | 0.00 | 14,000.00 | | 10,000.00 | FA |
| Demand sent 11/13/2017; 12/11/17; D&D Lift, Inc made an offer, Trustee countered. Pending final result. = $10K Compromise Noticed, Approved, Order, docket #25 | | | | | |
| 12. Insurance Refund - Edgewood Partners Ins. Center (u) | 0.00 | 269.25 | | 269.25 | FA |
| 13. Remnant Assets - Sale (u) | 0.00 | 0.00 | | 0.00 | FA |
| Sale Not Approved. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $248,456.49 | $15,269.25 | | $11,274.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/12/2019: TDR SUBMITTED TO UST FOR REVIEW; AWAIT FINAL DECREE

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 05/23/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-40241 -CN | | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|---|
| Case Name: | RIDGELINE FRAMING CORPORATION | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3200 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2291 | | | |
| For Period Ending: | 09/12/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/16 | 9 | HD Supply Construction Supply Ltd. and Industrial White Cap 501 W. Church Street Orlando, FL 32805 | REFUND | 1129-000 | 1,005.27 | | 1,005.27 |
| 04/21/16 | 4 | Rick Eberhardt PO Box 1420 Brentwood, CA 94513 | SALE OF PERSONAL PROPERTY | 1129-000 | 1,000.00 | | 2,005.27 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,995.27 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,985.27 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,975.27 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,965.27 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,955.27 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,945.27 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,935.27 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,925.27 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,915.27 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,905.27 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,895.27 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,885.27 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,875.27 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,865.27 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,855.27 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,845.27 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,835.27 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,825.27 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,815.27 |
| 11/14/17 | 010001 | Rick Eberhardt PO Box 302 | REFUND OF PAYMENT ON SALE OF PP | 1129-000 | -1,000.00 | | 815.27 |
| | | | | Page Subtotals | 1,005.27 | 190.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-40241 -CN | Trustee Name: | LOIS I. BRADY |
| --- | --- | --- | --- |
| Case Name: | RIDGELINE FRAMING CORPORATION | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3200 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2291 | | |
| For Period Ending: | 09/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Brentwood, CA 94513 | | | | | |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 805.27 |
| 12/14/17 | 12 | Edgewood Partners Ins. Center | INSURANCE REFUND | 1229-000 | 269.25 | | 1,074.52 |
| | | EPIC Trust | | | | | |
| | | PO Box 511389 | | | | | |
| | | Los Angeles, CA 90051-7944 | | | | | |
| 01/11/18 | 010002 | INTERNATIONAL SURETIES LTD | Bond #016048574 | 2300-000 | | 0.34 | 1,074.18 |
| | | 701 POYDRAS ST STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 01/21/18 | 11 | D&D Lift, Inc. | PREFERENCE RECOVERY | 1241-000 | 10,000.00 | | 11,074.18 |
| | | 3820 Rhonda Way | | | | | |
| | | Tracy, CA 95304 | | | | | |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,064.18 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.86 | 11,049.32 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,032.89 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.87 | 11,017.02 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.38 | 11,000.64 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.83 | 10,984.81 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 10,968.48 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.31 | 10,952.17 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.76 | 10,936.41 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 10,920.15 |
| 12/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.71 | 10,904.44 |
| 08/06/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 10,904.44 | 0.00 |

| | | | | Page Subtotals | 10,269.25 | 11,084.52 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-40241 -CN | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | RIDGELINE FRAMING CORPORATION | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3200 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2291 | | |
| For Period Ending: | 09/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,274.52 | 11,274.52 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 10,904.44 | |
| | | | Subtotal | | 11,274.52 | 370.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,274.52 | 370.08 | |

Page Subtotals   0.00   0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-40241 -CN | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | RIDGELINE FRAMING CORPORATION | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0079  Checking Account |
| Taxpayer ID No: | *******2291 | | |
| For Period Ending: | 09/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/06/19 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 10,904.44 | | 10,904.44 |
| 08/19/19 | 020001 | BACHECKI CROM & CO LLP<br>JAY D CROM CPA<br>400 OYSTER POINT BLVD STE 106<br>S SAN FRANCISCO CA 94080 | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 3,172.16 | 7,732.28 |
| 08/19/19 | 020002 | BACHECKI CROM & CO LLP<br>JAY D CROM CPA<br>400 OYSTER POINT BLVD STE 106<br>S SAN FRANCISCO CA 94080 | ACCOUNTANT FOR TRUSTEE EXPENSE | 3420-000 | | 76.22 | 7,656.06 |
| 08/19/19 | 020003 | MARSHALL & RAMOS LLP<br>MARIAM MARSHALL<br>TWO WORLDS CENTER<br>91 GREGORY LANE STE 7<br>PLEASANT HILL CA 94523 | ATTORNEY FOR TRUSTEE EXPENSE | 3220-000 | | 542.06 | 7,114.00 |
| 08/19/19 | 020004 | MARSHALL & RAMOS LLP<br>MARIAM MARSHALL<br>TWO WORLDS CENTER<br>91 GREGORY LANE STE 7<br>PLEASANT HILL CA 94523 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 4,193.66 | 2,920.34 |
| 08/19/19 | 020005 | LOIS I. BRADY, ESQ.<br>CHAPTER 7 TRUSTEE<br>212 NINTH STREET STE 312<br>OAKLAND, CA  94607 | Chapter 7 Compensation/Expense | | | 1,611.40 | 1,308.94 |
| | | | Fees         1,508.31 | 2100-000 | | | |
| | | | Expenses       103.09 | 2200-000 | | | |
| 08/19/19 | 020006 | FRANCHISE TAX BOARD<br>540-ES UNIT<br>POB 942857<br>SACRAMENTO CA 94267-0031 | Claim 000025, Payment 80.33855%<br>2017/2018 Administrative | 2820-000 | | 1,308.94 | 0.00 |
| | | | Page Subtotals | | 10,904.44 | 10,904.44 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-40241 -CN | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | RIDGELINE FRAMING CORPORATION | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0079 Checking Account |
| Taxpayer ID No: | *******2291 | | |
| For Period Ending: | 09/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 10,904.44 | 10,904.44 | 0.00 |
|  | Less: Bank Transfers/CD's | 10,904.44 | 0.00 |  |
|  | Subtotal | 0.00 | 10,904.44 |  |
|  | Less: Payments to Debtors | | 0.00 |  |
|  | Net | 0.00 | 10,904.44 |  |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - ********3200 | | 11,274.52 | 370.08 | 0.00 |
| Checking Account - ********0079 | | 0.00 | 10,904.44 | 0.00 |
| | | 11,274.52 | 11,274.52 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00